IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DAVID MILLS )
)
v. ) NO. 1:10-0015
)
C.C.A., et al. )

**O R D E R**

Presently pending is the Plaintiff's motion to produce evidence (Docket Entry No. 44). He requests that the Court order the "administration of the S.C.C.C." to produce a video tape and a log book. The Defendants have filed a response in opposition to the motion, see Docket Entry No. 45, to which the Plaintiff has filed a reply (Docket Entry No. 49).

The Motion is DENIED. The Plaintiff should serve discovery requests on Defendants' counsel for any documents or other items he seeks through discovery. If the Defendants fail to provide the requested discovery in a timely manner, he may then seek the assistance of the Court in obtaining the discovery by filing a motion to compel in accordance with the Federal Rules of Civil Procedure and with Local Rule of Court 37.01.

However, the Defendants have been put on notice that the Plaintiff may seek production of certain items and are therefore under an obligation to preserve such items pending further order.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge