IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DAVID MILLS )
)
v. ) NO. 1:10-0015
)
C.C.A., et al. )

**O R D E R**

Presently pending is the Plaintiff's motion to compel (Docket Entry No. 69) in which he requests that the Court compel the defendants to produce discovery which he requested on July 28, 2010. The motion to compel is DENIED. First, although the Plaintiff asserts in his motion that a copy of the discovery requests at issue is attached to the motion, no such copy was attached to the motion. Second, the Plaintiff fails to comply with the requirement set out in Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule 37.01(b)(3) that his motion contain a statement certifying that he has conferred with or attempted to confer with counsel for the defendants upon whom discovery was served in a good faith effort to resolve the matter without court action.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge