IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DAVID MILLS                )
                           )    NO. 1:10-0015
    v.                )
                           )
C.C.A., et al.         )

# **O R D E R**

The style of the order entered October 8, 2010 (Docket Entry No. 80) is AMENDED to:

David Mills
v.
C.C.A., et al.

In all other respects, the October 8, 2010, order (Docket Entry No. 80) remains in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge