IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAVID MILLS | ) |
| | ) |
| v. | ) NO. 1-10-0015 |
| | ) JUDGE CAMPBELL |
| C.C.A., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 105), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendants Hodge, Ray and Tennessee Department of Correction (Docket No. 46) is GRANTED, and all federal claims against these Defendants are DISMISSED.

In addition, the Motion for Summary Judgment filed by Defendants Lindamood, Pool, Cogswell, Killingsworth, Leibach, Kilzer, Boyd, Ulmer and Corrections Corporation of America (Docket No. 72) is GRANTED, and all federal claims against these Defendants are DISMISSED.

All claims against Defendant Clark are DISMISSED pursuant to Fed. R. Civ. P. 4(m) and for the same reasons as the claims against Defendant Corrections Corporation of America.

Finally, Plaintiff's state law claims are DISMISSED without prejudice, pursuant to 28 U.S.C. § 1367(c).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE