IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAVID MILLS | ) |
| | ) |
| v. | ) NO. 1-10-0015 |
| | ) JUDGE CAMPBELL |
| C.C.A., et al. | ) |

ORDER

Following entry of the Court's Order (Docket No. 108), which adopted the Magistrate Judge's

Report and Recommendation (Docket No. 105), the Court received Plaintiff's Objections (Docket No.

110) to that Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the

Court has reviewed *de novo* the Report and Recommendation, Plaintiff's Objections, and the file and

finds nothing to change its prior ruling. Even accepting the Plaintiff's allegations as true and

construing the Complaint liberally in favor of the *pro se* Plaintiff, the Court finds that Plaintiff's

Complaint fails to state a constitutional violation against Defendants herein.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE