IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAVID MILLS | ) |
| | ) |
| v. | ) NO. 1-10-0015 |
| | ) JUDGE CAMPBELL |
| CORRECTION CORPORATION OF | ) |
| AMERICA, et al. | ) |

ORDER

The Court has received an Order from the U.S. Court of Appeals for the Sixth Circuit in this action. Plaintiff's appeal was dismissed, and the case was returned to this Court to "review the letter from Mills filed on January 28, 2011, to determine whether it should be filed as a notice of appeal." Docket No. 126. This case is referred to the Magistrate Judge to make this determination.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE